**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**INDICTMENT**

**JOHN FREDERICK BLACK**

4:26-cr-11/RLH

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about January 13, 2026, in the Northern District of Florida and elsewhere, the defendant,

**JOHN FREDERICK BLACK,**

did knowingly attempt to transfer, by means of interstate commerce, obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

**COUNT TWO**

On or about January 13, 2026, in the Northern District of Florida and elsewhere, the defendant,

**JOHN FREDERICK BLACK,**

FILED USDC FLND PN
FEB 18 '26 PM4:19

Returned in open court pursuant to Rule 6(f)

2/18/2024

Date

United States Magistrate Judge

did knowingly attempt to transfer, by means of interstate commerce, obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

**COUNT THREE**

On or about January 13, 2026, in the Northern District of Florida and elsewhere, the defendant,

**JOHN FREDERICK BLACK,**

did knowingly attempt to transfer, by means of interstate commerce, obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

**COUNT FOUR**

On or about January 13, 2026, in the Northern District of Florida and elsewhere, the defendant,

**JOHN FREDERICK BLACK,**

did knowingly attempt to transfer, by means of interstate commerce, obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

**COUNT FIVE**

On or about January 13, 2026, in the Northern District of Florida and elsewhere, the defendant,

**JOHN FREDERICK BLACK,**

did knowingly attempt to transfer, by means of interstate commerce, obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

**OBSCENITY FORFEITURE**

The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 1467. From his engagement in the violations alleged in Counts One through Five of this Indictment, the defendant,

**JOHN FREDERICK BLACK,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467, all of his interest in:

A. Any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 71;

B. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Five of this Indictment; and

C. Any property, real or personal, used, or intended to be used, to commit or promote the commission of the offenses alleged in Counts One through Five of this Indictment.

D. The property referenced in subparagraphs A, B, and C above includes, but is not limited to, computer hardware such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, and hard disk drives or units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the hardware and software mentioned above, tools, equipment, and manuals and documentation for the assembly and use of the hardware and software mentioned above.

If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third person;

iii. has been placed beyond the jurisdiction of the Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 1467(b), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of any forfeitable property described above.

A TRUE BILL:

[redacted]

FOREPERSON

2/18/2026

DATE

JOHN P. HEEKIN
United States Attorney

JUSTIN M. KEEN
Assistant United States Attorney