IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,

    vs.                                     Case No. 4:26cr11/RLH

JOHN FREDERICK BLACK

_____/


## STIPULATED MOTION TO CONTINUE TRIAL

COMES NOW, the Defendant, JOHN FREDERICK BLACK, by and through his undersigned counsel, R. TIMOTHY JANSEN hereby files this Stipulated Motion to Continue Trial, and further states:

1. Defendant was charged by Criminal Complaint on January 27, 2026, for transfer of obscene material to minors in violation of Title 18 Section 1470 (F) United States Code.

2. Defendant was arrested on January 29, 2026, in Houston, TX on the above Criminal Complaint. Defendant made an initial grievance on January 29, 2026, before Magistrate Judge Yvonne Y Ho. An Order of Temporary Detention was ordered at the same hearing.

3.  On February 3, 2026, the Court in Houston conducted a detention hearing. The Court reserved ruling on the detention order until February 5, 2026. The Court issued an Order of Detention pending trial in the above case.[1]

4.  On February 18, 2026, a Federal Indictment was returned against the defendant charging 3 counts of violating Title 18, Section 1470(F) U.S. Code. These charges have no minimum mandatory sentence and are not subject to the rebuttable presumption standards for bond.

5.  On March 4, 2026, the Defendant appeared in the Northern District of Florida before Magistrate Judge Martin Fitzpatrick. The Court acknowledged the Court in Houston, TX utilized the wrong standard in Texas in determining bond. However, the Court stated the Defendant would have to file an appeal of his detention with the presiding Judge.

6.  The undersigned has recently obtained the transcript of the detention hearing conducted in Houston and is preparing an appeal of the pre-trial detention order. The appeal will be filed this week.

7.  On March 4, 2026, Magistrate Martin Fitzpatrick set the trial for May 4, 2026, at 8:15 a.m. before Judge Robert Hinkle.

8.  The undersigned will be filing a Notice of Appeal of the detention Order by the Magistrate Judge in Houston. The detention order incorrectly stated

---

[1] The undersigned counsel was not a party or participant to the detention hearing in Houston, TX.

the offense was a rebuttable presumption standard which the Defendant failed to overcome at the hearing. The court also incorrectly stated that the Defendant was facing substantial prison time.

9. The undersigned needs to review the transcript of the hearing to properly prepare an appeal of the detention order. The Government called the Case Agent at the hearing in Houston. The undersigned will need time to review the transcript and prepare the appeal.

10. The undersigned has contacted AUSA Justin Keen and he believes there may be additional discovery to be turned over to the defense. In fact, AUSA Keen believes there may be additional 404(b) evidence in the near future, as a result of their subsequent review of phones.

11. The undersigned's current trial schedule in May and June are consumed with 3 Capital Sexual Battery cases set for trial. On May 18, 2026 State v Kenneth Malphurs; Case # 2023CF244 in Wakulla County. On June 1, 2026, State v James Goodman, Case #2025CF25 in Liberty County, Florida. On June 15, 2026 State v Frank Williams Case # 2024CF3395 in Leon County, Florida.

12. The undersigned is scheduled to be in New England working on the family farm in July and August 2026. This schedule is a yearly event to work the property which we are required to maintain and secure during the summer

3

months. This farm has been in the family for over the last 81 years. Due to recent deaths, the undersigned has become responsible for the maintenance and upkeep of the land. This land is located in Plymouth Massachusetts.

13. The undersigned requests this trial be moved to mid September 2026. This will allow the defendant to appeal his detention order. In addition, the undersigned has (3) Capital life cases pending in May and June of this year. Finally, the undersigned is expecting additional discovery from the Government related to this trial.

14. The undersigned has conferred with Mr. Black and he agrees to postpone the trial until mid-September 2026.

15. The undersigned has contacted AUSA Justin Keen and he has no objection to this continuance and setting the trial for mid-September 2026.

WHEREFORE, the Defendant, JOHN FREDERICK BLACK, respectfully requests that this Honorable Court grant this Motion to Continue Trial.

## LOCAL RULE 7.1(B) CERTIFICATE

In accordance with the Local Rules, the undersigned conferred with the other parties affected by the filing of this Motion. The Government does not oppose the continuance.

Respectfully submitted,

Dated: April 13, 2026

/s/ R. Timothy Jansen
R. TIMOTHY JANSEN
FL BAR NO.: 0691208
JANSEN & DAVIS, P.A.
125 N Franklin Blvd
Tallahassee, FL 32301
Telephone No.: (850) 224-1440
Fax No.: (850) 224-0381
jansen@jansenanddavis.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record as listed below.

/s/ R. Timothy Jansen
R. TIMOTHY JANSEN

5

## SERVICE LIST

Justin Keen
Assistant US Attorney – Criminal Division
Northern District of Florida
111 N. Adams St., 4th Floor
Tallahassee, FL
justin.keen@usdoj.gov