IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 4:26cr11-RH

JOHN FREDERICK BLACK
_______________________________/

# STATEMENT OF FACTS

The parties agree with the truthfulness of the following factual basis for the Defendant's guilty plea. The undersigned parties further agree that not all of the facts known from this investigation are contained in this brief summary. Defendant admits that, if this case were to proceed to trial, the Government could prove the following facts, which if believed by the jury, would result in a conviction:

On January 11, 2026, a Leon County Sheriff's Office (LCSO) detective was engaged in a proactive undercover chat operation (while he was at all times while located in the Northern District of Florida) on Kik, a social media platform, to identify and locate adults who used the Internet to sexually exploit children. The detective (hereinafter "UC") acted in an undercover capacity and used the persona of "Callie," a fictitious a 13-year-old girl. The UC profile used photos of another LCSO detective to represent "Callie."

A Kik user using profile name "sgtblack96" initiated contact with the UC by sending "her" a direct message. Sgtblack96's profile picture depicted a shirtless bald



FILED IN OPEN COURT ON
9/15/26 cm
United States District Court
Northern District of Florida

white male with a dark colored, salt-and-pepper beard and mustache who was standing in front of a white interior door. In the photo, multiple tattoos were visible on the male's upper torso and both upper arms (along the biceps). A tattoo on the male's chest read, "Scarred by Life" and the tattoo along his torso depicted Jesus on the cross. The male was later identified as Defendant John Frederick Black based on his Texas driver's license, and it was later determined that he was a sergeant with the Harris County Sheriff's Office in Houston, Texas.

**Kik communications between Black and the UC**

The following is a portion of the Kik messages between the UC and Black:

**January 11, 2026:**

Black: Hello beautiful **heart eyes emoji** How's it going
Black: You look great **smiling face emoji**
UC: Heyyy thnx im callie. U from Florida too?
Black: No I'm in Houston Texas. My name's John
. . .
Black: Just on the north side of Houston
. . .
UC: What's ur username mean?
Black: I was a sergeant in the Marines
UC: Oh ur not anymore??
Black: No. I've been out for 23 years
. . .
****Black sent image of himself shirtless on a couch with his face visible****
. . .
****Black sent video of himself shirtless on a couch hand gesturing a kiss with his face visible****

**January 12, 2026:**

UC: Heyy [sorry] I didn't tell u how old I was
Black: Lol That's okay. You too young? **tongue sticking out emoji**
Black: I don't think I told you how old I was either

Black: I'm probably too old
UC: I forgot an usually say..sry u probably b mad
Black: Nah. Not mad. How old are you
UC: 13 **smiling face emoji**
Black: Oh wow lol
Black: I'm 46
Black: More than three times your age lol
Black: Not gonna liie though. From what I can see, you look pretty hot.
UC: Oh really I didn't know it thought u were like 30
UC: Thnx **smiling face emoji** ur not mad?
Black: Nope

****Black sent image of himself balling his fist in a flexing stance with only underwear and his penis partially visible through the thin underwear material with his face visible****

Black: I'd give you a big strong hug if you were here **kissing face emoji**
UC: Don't hurt me lol
Black: Lol
UC: Im not that big lol
Black: Never. I'm 6'00" 215. I bet you're a sexy petite thing with nice hips **two kissing face emojis** Would be fun to wrap my arms around
UC: oh im just 5'4
Black: mmmmm perfect
UC: I play a lot of soccer
Black: Love athetic bodies. Pretty sure I'd love yours **smiling face emoji** Awwwww. You're sweet

****Black sent image of himself standing up with only underwear on and his penis partially visible through the thin underwear material with visible tattoo along his lower torso that read, "those who bled for us"****

****Black sent image of the backside to display his tattoos fully nude****

**January 13, 2026:**

UC: In my last class **smiling face emoji**
Black: Nice. How much longer?
UC: 430 **sad face emoji** feels like forever
Black: 25 more minutes. That's late for school. They get out by 3-330 in Texas
UC: Middle school?

Black: All school

. . .

****Black sent image of himself shirtless lying on a bed with his face visible****

. . .

****Black sent image of himself shirtless sitting up in bed with navy blue bed sheets covering the lower portion of his body with the bed sheet positioned in the shape of a penis in the area of his penis with his face visible****

Black: Wish you were coming to snuggle with me **kiss face emoji and tongue sticking out emoji**

. . .

UC: Would anyone see me come in?
Black: Hell no **tongue sticking out emoji**
Black: Would be our secret
UC: They wouldn't see me walk in?
Black: Most people aren't staring through their windows all day **tongue sticking out**

****Black sent image of himself shirtless lying in bed posing with his arm behind his head with his face visible****

. . .

UC: R u embarrassed of me?
Black: Lol no
Black: 13 year olds walking into a 46 year olds house looks suspicious though **tongue sticking out emoji**

. . .

Black: Bout to take a shower

****Black sent image of him shirtless standing in a shower with his face visible****

. . .

****Black sent a nude image of himself on a couch with a blanket partially covering his penis with part of his penis exposed with his face visible****

UC: U mean to have your uh stuff showing?
Black: Oh sorry, must have popped out. Happens sometimes. It's pretty big

. . .

Black: Did you want me to mean to? **tongue sticking out emoji**
UC: Thts completely new to me so idk. Up to u

Black: hmmmm. Not gonna lie. It gets pretty hard when we're talking and I'm looking at you **smiling face emoji and tongue sticking out emoji**
. . .
UC: Thnx **smiling face emoji** I'll try! Anything in particular u want to see?
Black: Anything that shows your whole body and beautiful face **smiling face emoji**
. . .
Black: I suppose I can show you all of me **smiling face emoji**
UC: Ok I'll figure it out lol

***_Black sent an image of himself fully nude holding his erected penis while sitting on a couch with his face visible_*** **[Count 1]**

Black: There's the rest **kissing face emoji**
UC: I think u meant to send that one lol
Black: I did lol
Black: How could you tell
UC: Why does it look wet?
Black:**tongue sticking out emoji** It got really hard talking to you so I put some coconut oil on it
UC: Y u put tht on it??
Black: Yeah. So I could stroke it. I'll show you.

***_Black sent video of himself masturbating while fully nude on a couch with his face visible_*** **[Count 2]**
. . .
Black: Did you like watching it?
UC: Yeah I mean im 13 so it's crossing my mind more and more
Black: Lol, yeah that's about the age my dick started getting hard all the time lol
Black: It feels good to play with it
Black: And I like thinking about you playing with it
UC: Ud want me to? I'd need a little guidance on wat to do
Black: Of course. And I'd enjoy showing you

***_Black sent video of himself fully nude masturbating on a couch with his face visible_*** **[Count 3]**

Black: You just put some oil on it

Black: Grip it firmly
Black: Then slide your hand up and down it
Black: You'd probably need to use both hands though
Black: While you're doing that you can suck it like you would a lollipop
Black: Rust also feels good
Black: And you just do that until the cum shoots out
Black: That not rust
Black: Lol
UC: What do u do with the cum tho??
Black: Well you can let it shoot all over my stomach, or your tits, or in your mouth
UC: Anyone say how it tastes?
UC: Is it messy?
Black: Depends on the guy. But it's mostly just salty
Black: Doesn't taste bad if you have a healthy diet
Black: And yeah, it's messy
UC: Ehh notva fan of salty things
Black: If you're not going to swallow it, best to have a towel or some tissues available
Black: Then on your tits it is **tongue sticking out emoji**
Black: I'll clean you up after
UC: Yeah I don't want tht staying on me if it's messy

*****Black sent a video of himself fully nude masturbating from the view of camera looking up with his face visible*** **[Count 4]**

Black: Have no fear
Black: I'll get a warm wash cloth and get it off you
UC: Ur way over there in Texas anyways lol
Black: One can dream **tongue sticking out emoji**
Black: I'm gonna cum for you so you can see **two kssing face emojis**

*****Black sent a video of him masturbating until he ejaculated. Dark colored tattoos were visible along his lower torso without his face being visible. The tattoo was consistent with the lower torso tattoo visible in a previous image that Black sent*** **[Count 5]**

UC: That wasn't that much
Black: No it wasn't bad. The volume fluctuates based on how much you cum in any given period of time

Black: The longer you wait, the more there is etc
UC: Ooo I gotcha

The investigation revealed that Black created the videos and photos he sent to the UC from inside his Houston residence.

**Legal process to Black's email, Kik, Verizon, and ISP accounts**

A state search warrant was issued for Black's Kik account (sgtblack96). Responsive records from Kik included the communications between Black and UC—along with copies of the images and videos described above. The subscriber information provided email address (sgtblack79@yahoo.com) with first name "sgtblack96." IP addresses provided by Kik which were used to access the account between January 11-14, 2026, indicated that the IP addresses were associated with Wi-Fi (Comcast Cable Communications) or mobile cellular (Verizon) in Houston, Texas. The images and videos provided by Kik support the conclusion that the account was created and controlled by Black.

Records received from Yahoo! pursuant to a state subpoena for email address sgtblack79@yahoo.com indicated that the account was active and had been created on October 5, 2002. The subscriber information for the account listed a name ("John Black") with an address in Houston, Texas (which was Black's previous residential address). The account also listed a recovery phone number that belonged to Black.

**<u>Black's arrest and interview</u>**

Based on the investigation, LCSO obtained a state arrest warrant for Black from a judge in Leon County, Florida. That warrant was executed by detectives from Houston Police Department and the US Marshals Service on January 26, 2026, at the Harris County Sheriff's Office where Black worked. During Black's arrest, his Google Pixel 9 cell phone was seized as evidence. Black agreed to give a post-*Miranda* interview which was recorded.

During his interview, Black confirmed that his phone number was that listed in Yahoo! as the recovery phone number for email address sgtblack79@yahoo.com (which Black confirmed was his email account). Black stated that he has been a deputy for the Harris County Sheriff's Office for around 22 years and previously served in the U.S. Marines from 1998-2002. Black provided the passcode/PIN for his Google Pixel 9 cell phone, which he said he used to access various social media platforms, including Kik. Black also said that he had connected with people on Kik and had masturbated for them (and they had done the same for him).

Black claimed to have been addicted to internet porn since his time serving in the Marines. Black said he installed and deleted the Kik app on his phone multiple times over the last few years – possibly hundreds of times since 2012. He explained that he never kept the app for more than a week or so, and that he would create multiple Kik profiles. Black said that he sent photos of himself in his underwear,

talk to "horny girls," masturbate, and then delete the account that day or the next. Specifically, Black claimed to have deleted the Kik app from his phone as recently as a day or two prior to the interview. Black said he accessed Kik from his Houston home's Wi-Fi (using Comcast Cable Communications as his home Internet provider) and while driving in Houston, Texas (using Verizon as his cell phone provider).

Detectives showed Black photos of himself that he sent to the UC (as described above) and Black confirmed they depicted him. Black said that there were lots of online fetishes, like "daddy daughter," and that when he was talking with the women online, he was masturbating and had probably been drinking. Black said that he "just like being watched." Black stated that he was a "pervert that suffers from lust" and when anybody younger than him, regardless of their age, finds him attractive, that it is a "turn on." Black said that his "moral compass is broken."

**<u>Search of Black's cell phone</u>**

During Black's interview, he consented to a search of his cell phone (Google Pixel 9). He signed a consent form to that effect as well, and provided the passcode to his cell phone. A cursory review of the phone revealed that the Kik app was not installed on the phone (which is consistent with what Black said during his interview).

Black's cell phone was sent to LCSO via FedEx by the Deputy U.S. Marshal who seized it from Black during his arrest. A federal search warrant was issued by

NDFL Magistrate Judge Fitzpatrick for Black's cell phone on February 6, 2026. A search of the device revealed:

- Black's email addresses, including sgtblack79@yahoo.com and his Houston County Sheriff's Department email address, were associated with the device,
- at least 18 instances between November 10, 2025, and January 14, 2026, in which Black deleted his Kik app/account from the device,
- that Black created multiple Kik profiles, many involving variations of the name "sgtblack" (*e.g.*, "sgtblack93", "sgtblack1", and "sgtblack65"), and
- that Black was communicating with the UC ("Callie") via Kik on January 11, 2026.

## ELEMENTS OF THE OFFENSE

### i. Attempted Transfer of Obscene Material to Minors - 18 U.S.C. § 1470 (Counts 1-5)

Elements to be proven beyond a reasonable doubt:

(1) the defendant transferred, or attempted to transfer, obscene matter to another individual who had not attained the age of 16 years;
(2) the defendant knew the individual had not attained the age of 16;
(3) the defendant used the mail or any facility or means of interstate or foreign commerce; and
(4) the defendant did so knowingly.

4th Circuit Pattern Jury Instructions § O92.2 (*No 11th Circuit Pattern Jury Instruction*).

The Defendant can be found guilty of an attempt to commit that offense only if both of the following facts are proved beyond a reasonable doubt:

First: That the Defendant knowingly intended to commit the crime of Transfer of Obscene Material to Minors.

Second: The Defendant's intent was strongly corroborated by his taking a substantial step toward committing the crime.

11th Circuit Court of Appeals Pattern Jury Instructions, §S11.

R. Timothy Jansen, Esq.
Attorney for Defendant

9/15/26
Date

John Frederick Black
Defendant

9/15/26
Date

JOHN P. HEEKIN
United States Attorney

Christie S. Utt
Assistant United States Attorney
Florida Bar No. 84759
Northern District of Florida
111 North Adams Street, 4th Floor Tallahassee, FL 32301
850-942-8430
Christie.Utt@usdoj.gov

9/15/2026
Date